UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUDY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BLUE SHIELD OF CALIFORNIA, and DOES 1-1000, inclusive,<br><br>　　　　Defendants. | Case No: C 09-2884 SBA<br><br>**ORDER REMANDING ACTION** |

　　　Pursuant to the parties' stipulation to remand action to state court,

　　　IT IS HEREBY ORDERED THAT the instant action is remanded to the Superior Court in and for the City and County of San Francisco.  Each party shall bear its own fees and costs in connection with the removal and remand.  All pending matters shall be terminated and the Clerk shall close the file.

　　　IT IS SO ORDERED.

Dated: October 26, 2009　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge